IN RE: TODD BENN                                    NO. 23-KH-591

                                                    FIFTH CIRCUIT

                                                    COURT OF APPEAL

                                                    STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

                            December 19, 2023

                            Linda Wiseman
                            First Deputy Clerk

**IN RE** TODD BENN

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT, PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEVEN C. TUREAU, DIVISION "D", NUMBER 2474

---

Panel composed of Judges Susan M. Chehardy,
Stephen J. Windhorst, and Scott U. Schlegel

**WRIT GRANTED**

In this *pro se* writ application requesting mandamus relief, relator, Todd Benn alleges the district court has failed to act upon his *pro se* factual innocence post-conviction relief application, which he filed in the district court on November 23, 2022, entitled "Memorandum in Support of Successive Application for Post-Conviction Relief Pursuant to LSA-C.Cr.P. art. 926.2" and his request to set a contradictory hearing pursuant to La. C.Cr.P. art. 926.3 in order for the district court to consider his factual innocence claim.

Our review of the official record reflects that while relator's request for a contradictory hearing was denied by the district court on January 11, 2022 [sic], the record does not contain a judgment or ruling adjudicating the merits of relator's factual innocence claim. Accordingly, we grant relator's request for mandamus relief and order the district court to rule on relator's application for post-conviction as it relates to his claim of factual innocence within thirty days of this order, if it

23-KH-591

has not already done so.  The district court is further ordered to provide a copy of its ruling to this Court and to relator.

Gretna, Louisiana, this 19th day of December, 2023.

**SMC**
**SJW**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **12/19/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-KH-591**

### E-NOTIFIED

23rd Judicial District Court (Clerk)
Honorable Steven C. Tureau (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Honorable Ricky L. Babin (Respondent)
District Attorney
23rd Judicial District Court
Post Office Box 1899
Gonzales, LA 70707

Todd Benn #384760 (Relator)
Elayn Hunt Correctional Center
6925 Highway 74
St. Gabriel, LA 70776